**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Diego ALMANZA–FLORES,**
**Defendant–Appellant.**

**No. 01–50675.**

**D.C. No. CR–00–02385–GT.**

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2002 *.

Decided July 18, 2002.

Before KOZINSKI and FERNANDEZ, Circuit Judges, and KING,** District Judge.

ORDER ***

Diego Almanza–Flores appeals the sentence of nine months and 18 days upon revocation of his supervised release. We dismiss the appeal as moot.

The record indicates that Almanza–Flores's sentence ended on June 22, 2002. Because he challenges the sentence given upon a revocation of supervised release (not the underlying conviction), the court cannot presume collateral consequences so as to render the appeal justiciable. *See* *Spencer v. Kemna,* 523 U.S. 1, 12–13, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999); *United States v. Meyers,* 200 F.3d 715, 721–22 (10th Cir.2000).

DISMISSED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** Honorable Samuel P. King, Senior United States District Judge for the District of Hawaii, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.